IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHNSON CONTROLS SECURITY SOLUTIONS, LLC, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 1:22-cv-1238 (AJT/IDD) |
| ORION MANAGEMENT, LLC ) ) | |
| Defendant. ) ) | |

**ORDER**

Pending before the Court is the Report & Recommendation of Magistrate Judge Davis, [Doc. No. 18], recommending that Plaintiff Johnson Controls Security Solutions, LLC's Motion for Default Judgment as to Defendant Orion Management, LLC, [Doc. No. 14], be granted and Plaintiff be awarded damages with pre- and post-judgment interests and costs. The Magistrate Judge advised the Plaintiff that objections to the Report and Recommendation must be filed within fourteen (14) days of service and that failure to object waives appellate review. [Doc. No. 18] at 7-8. No objections have been timely filed.

Having conducted a *de novo* review of the record, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge in full. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation, [Doc. No. 18], be, and the same hereby is, ADOPTED; and it is further

**ORDERED** that Plaintiff's Motion for Default Judgment, [Doc. No. 14], be, and the same hereby is, GRANTED; and it is further

**ORDERED** that Plaintiff is awarded $483,888.88 plus pre-judgment interest at six percent interest from May 15, 2021 through the date of judgment, post-judgment interest at the legal rate pursuant to 28 U.S.C. § 1961(a) until the judgment is satisfied, and $402.00 in costs.

The Clerk is **DIRECTED** to enter judgment in accordance with this Order pursuant to Federal Rule of Civil Procedure 58 and to forward a copy of this Order to all counsel of record and Defendant.

Alexandria, Virginia
August 11, 2023

_____
Anthony J. Trenga
Senior U.S. District Judge